No. 76–6362.  NUSS, TRUSTEE v. LOONEY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 76–6437.  LaRICHE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 76–6438.  CARTER v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 76–6450.  CRAFT v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 76–6460.  SPICER v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–6465.  FOLKERTS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–6484.  GONZALEZ v. SOUTHERN METHODIST UNIVERSITY.  C. A. 5th Cir.  Certiorari denied.

No. 76–1075.  LeBEOUF BROS. TOWING CO. ET AL. v. UNITED STATES.  C. A. 5th Cir.  Motion of Lawrence K. Benson et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 76–1208.  WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA v. PRESSLEY.  C. A. 5th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 76–6294.  HILL v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari and vacate judgment insofar as it leaves undisturbed the sentence of death.  See *Gregg v. Georgia*, 428 U. S. 153, 227 (1976) (BRENNAN, J., dissenting); *id.*, at 231 (MARSHALL, J., dissenting).